| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MISTY A. MURRAY, SBN 196870<br>misty.murray@maynardnexsen.com<br>10100 Santa Monica Blvd., Suite 550<br>Los Angeles, CA 90067<br>Telephone: 310.596.4500<br><br>☐ Plaintiff(s) appearing without attorney<br>☒ Attorney for Plaintiff(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Michael Anthony Sandoval<br><br>Debtor(s).<br><br>Nippon Life Insurance Company of America<br><br>Plaintiff(s),<br>vs.<br>Michael Anthony Sandoval<br><br>Defendant(s). | CASE NO.: 6:24-bk-15038-WJ<br>CHAPTER: 7<br>ADVERSARY NO.: 6:24-ap-01092-WJ<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |
|---|---|

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): Michael Anthony Sandoval
2. Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 12/02/2024
3. The summons and complaint were served on Defendant by ☐ Personal Service ☒ Mail Service on the following date (*specify date*): 12/03/2024
4. A conformed copy of the executed service of summons form is attached hereto.
5. The time for filing an answer or other responsive pleading expired on (*specify date*): 01/02/2024
6. No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 01/14/2025

Signature
Misty A. Murray
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012 | Page 1 | F 7055-1.1.REQ.ENTER.DEFAULT

MISTY A. MURRAY (SB 196870)
Misty.Murray@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Ste. 550
Los Angeles, CA 90067
Telephone: 310.596.4500

Attorneys for Creditor/Plaintiff
Nippon Life Insurance Company of America

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:24-bk-15038-WJ |
| MICHAEL ANTHONY SANDOVAL, | **Chapter 7** |
| | **Adv. Proc. No. 6:24-ap-01092-WJ** |
| Debtor. | **CERTIFICATE OF SERVICE OF ADVERSARY CASE INITIATING DOCUMENTS AND NOTICE OF STATUS HEARING** |
| NIPPON LIFE INSURANCE COMPANY OF AMERICA, | |
| Creditor/Plaintiff, | |
| v. | |
| MICHAEL ANTHONY SANDOVAL, | |
| Debtor/Defendant. | Adversary Complaint Filed: Dec. 2, 2024 |

I, Lea Borys, certify and declare:

1.  I am over the age of 18 years and not a party to this action. My business address is 10100 Santa Monica Blvd., Suite 550, Los Angeles, California 90067, where the mailing described below took place.

2.  On December 3, 2024, I deposited in the U.S Mail at Los Angeles, California, copies of (i) Complaint to Determine Dischargeability of Debt under 11 U.S.C. §§ 523(a)(2)(a), 523(a)(6), 727(2)(a), 727(c), 727(a)(4)(a) and 727(a)(5); (ii) Notice of Status Hearing to be held on 3/6/2025; and (iii) Clerk issued Summons in a Civil Case, to the following:

Brian J. Soo-Hoo, Esq.
Law Office
601 Parkcenter Drive, Ste. 105
Santa Ana, CA 92705
Telephone: 714-589-2252
*Attorney for Defendant/Debtor
Michael Anthony Sandoval*

Michael Anthony Sandoval
12808 Mountain Shadows Ct
Victorville, CA 92392
*Defendant/Debtor*

United States Trustee
Arturo Cisneros
3403 Tenth Street, Ste. 714
Riverside, CA 92501

United States Trustee Office
3801 University Avenue Ste. 720
Riverside, CA 92501-3200

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of December, 2024 at Los Angeles, California.

*Lea Borys*

_____

Lea Borys

1

# ATTACHMENT

*DECLARATION OF MISTY A. MURRAY IN SUPPORT OF PLAINTIFF NIPPON LIFE INSURANCE COMPANY OF AMERICA'S REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(A)*

MAYNARD NEXSEN LLP
MISTY A. MURRAY, SBN 196870
misty.murray@maynardnexsen.com
10100 Santa Monica Blvd., Suite 550
Los Angeles, CA 90067
Telephone:    310.596.4377

Maynard Nexsen PC
EVAN N. PARROTT (admitted PHV)
eparrott@maynardnexsen.com
11 N. Water Street, Suite, 24290
Mobile, AL 36602
Telephone:    251.206.7449

Attorney for Nippon Life
Insurance Company of America

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAEL ANTHONY SANDOVAL,<br><br>            Debtor.<br><br>_____<br><br>NIPPON LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL ANTHONY SANDOVAL,<br><br>            Defendants. | Bankr. Case No. 6:24-bk-15038-WJ<br><br>Chapter 7<br><br><br><br><br><br><br><br><br>Adv. No. 6:24-ap-01092-WJ<br><br>**DECLARATION OF MISTY A. MURRAY IN SUPPORT OF PLAINTIFF NIPPON LIFE INSURANCE COMPANY OF AMERICA'S REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(A)** |

I, Misty A. Murray, declare:

1. I am an attorney duly admitted to practice law in all state and federal courts within the State of California, including this Court. I am a partner at the law firm of Maynard Nexsen LLP, and I am counsel at this firm with primary responsibility for handling this case on behalf of Plaintiff NIPPON LIFE INSURANCE COMPANY OF AMERICA ("Plaintiff"). All of the following facts are within my personal knowledge and, if called as a witness, I could and would testify competently as to such matters.

2. On December 2, 2024, Plaintiff filed its complaint against Defendant MICHAEL ANTHONY SANDOVAL ("Defendant").

3. As provided in the *Certificate of Service of Adversary Case Initiating Documents and Notice of Status Hearing* (Doc. 4), my office served Defendant by mailing a copy of the *Complaint to Determine Dischargeability of Debt Under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(6), 727(2)(a), 727(c), 727(a)(4)(A) and 727(a)(5)* (Doc. 1) and the *Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]* (Doc. 2) to Defendant and his bankruptcy counsel on December 3, 2024.

4. As reflected by the docket on this case, Defendant has failed to plead or otherwise defend.

5. Accordingly, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, made applicable to this case by Rule 7055 of the Federal Rules of Bankruptcy Procedure, the Clerk should enter default against Defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on this 17th day of January, 2025, in Los Angeles, California.

                                              MAYNARD NEXSEN LLP

                                              By:  MISTY A. MURRAY
                                                     Attorney for Nippon Life
                                                     Insurance Company of America

Maynard Nexsen
10100 Santa Monica Boulevard
Los Angeles, CA 90067
310.596.4500

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., Suite 550
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/21/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Wayne Johnson
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 385
Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/21/2025 | Misty A. Murray | /s/ Misty A. Murray |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                     **F 7055-1.1.REQ.ENTER.DEFAULT**

## Service Information Continued

Brian J. Soo-Hoo, Esq.
Law Office
601 Parkcenter Drive, Ste. 105
Santa Ana, CA 92705
Telephone: 714-589-2252
*Attorney for Defendant/Debtor*
*Michael Anthony Sandoval*

Michael Anthony Sandoval
12808 Mountain Shadows Ct
Victorville, CA 92392
*Defendant/Debtor*

United States Trustee
Arturo Cisneros
3403 Tenth Street, Ste. 714
Riverside, CA 92501

United States Trustee Office
3801 University Avenue Ste. 720
Riverside, CA 92501-3200

123831103.1-(Margaret M. Siller)