# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

| In re:<br>Michael Anthony Sandoval<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 6:24–bk–15038–WJ<br><br>CHAPTER NO.: 7 |
|---|---|
| Nippon Life Insurance Company of America<br><br>Plaintiff(s)<br>Versus<br>Michael Anthony Sandoval<br><br>Defendant(s) | ADVERSARY NO.: 6:24–ap–01092–WJ |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 1/21/25, a request was filed for the clerk to enter default against defendant(s) **Michael Anthony Sandoval**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: January 22, 2025

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By:** Yvonne Gooch
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014

**14 – 13 / YG**