1  MISTY A. MURRAY
   Misty.Murray@maynardnexsen.com
2  MAYNARD NEXSEN LLP
   10100 Santa Monica Boulevard, Ste. 550
3  Los Angeles, CA 90067
   Telephone:    310.596.4500
4

   JUSTIN WAX JACOBS (NYSBN 5485198) *(Pro Hac Vice)*
5  j-waxjacobs@nipponlifebenefits.com
   Nippon Life Benefits
6  655 Third Avenue, 16th Floor
   New York, NY 10017
7  Telephone: 212.909.0760

8
   Attorneys for Plaintiff
9  Nippon Life Insurance Company of America

10                **UNITED STATES BANKRUPTCY COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12                       **RIVERSIDE DIVISION**

13

| In re MICHAEL ANTHONY SANDOVAL | Case No. 6:24-bk-15038-SY |
|---|---|
| Debtor. | Chapter 7 |
| | |
| NIPPON LIFE INSURANCE COMPANY OF AMERICA, | Adv. 6:24-ap-01092-SY |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT** |
| v. | |
| MICHAEL ANTHONY SANDOVAL, | Current Date:    July 31, 2025 |
| Defendant. | Proposed Date:  September 4, 2025<br>Time:    9:30 a.m.<br>Place:    3420-12th, Riverside, CA<br>Courtroom:    302 |

-1-

TO THE HONORABLE SCOTT H. YUN, U.S. BANKRUPTCY JUDGE:

Defendant, MICHAEL ANTHONY SANDOVAL ("Defendant"), and Plaintiff, NIPPON LIFE INSURANCE COMPANY OF AMERICA ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree to the following facts:

1. Plaintiff's adversary proceeding against Defendant was filed December 12, 2024.

2. Default was entered against the Defendant on January 22, 2025 (ECF 12).

3. Defendant retained Baruch Cohen on January 22, 2025.

4. Mr. Cohen requested that Plaintiff agree to set aside the Default, which Plaintiff agreed to so pending settlement discussions between the Parties.

5. By Stipulation dated February January 29, 2025, the Parties filed a Stipulation to Set Aside the Default, which the Court entered on February 6, 2025 (ECF 27).

6. By Order dated February 1, 2025, the Court scheduled the Initial Status Conference for March 26, 2025 (ECF 20);

7. On February 3, 2025, Defendant filed a Motion to Dismiss the Adversary Complaint filed by Plaintiff (ECF 21), which was fully briefed (ECF 43 and 44) and heard on April 23, 2025 (ECF 47);

8. By Order dated April 29, 2025, the Court granted the Motion with Leave to Amend (ECF 49). Plaintiff timely filed an Amended Complaint and Defendant timely filed a Motion to Dismiss (ECF 51 and 53);

9. The hearing on Defendant's Motion and Continued Status Conference are set for July 31, 2025 (ECF 54);

10. Mr. Wax Jacobs, lead counsel for Plaintiff with primary responsibility for handling this matter was recently in an accident and suffered serious injuries. As a result, Mr. Wax Jacobs is unable to timely complete the opposition to the pending motion. Local counsel for Plaintiff requested that the parties agree to continue the current Status Conference and Hearing on Defendant's pending motion to September 4, 2025, and that any opposition and reply papers be due based on the continued hearing date. Mr. Cohen kindly agreed to the requested continuance.

1    NOW, THEREFORE, the Parties Stipulate and Agree as follows:

2    The Continued Status Conference and the hearing on Defendant's Motion shall be
3 continued to September 4, 2025 or such other date the Court deems appropriate. Any opposition
4 and reply papers for the Motion shall be due and filed based on the continued hearing date.

5    IT IS SO STIPULATED.

Dated:  July 8, 2025                              MAYNARD NEXSEN LLP

                                                  /s/ Misty A. Murray
                                          By:    MISTY A. MURRAY
                                                  Attorneys for Plaintiff
                                                  Nippon Life Insurance Company of
                                                  America

Dated:  July 8, 2025                              LAW OFFICES OF BARUCH C. COHEN
                                                  APC

                                                  /s/ Baruch C. Cohen
                                          By:    BARUCH C. COHEN
                                                  Attorneys for Defendant
                                                  Michael Anthony Sandoval

-3-