

**FILED & ENTERED**

JUL 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Michael Anthony Sandoval<br><br><br>Debtor(s).<br><br>Nippon Life Insurance Company of America<br><br>Plaintiff(s),<br>v.<br><br>Michael Anthony Sandoval<br><br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  6:24-bk-15038-SY<br>Adv No:   6:24-ap-01092-SY<br><br>**ORDER RESCHEDULING HEARING**<br><br>**OLD DATE:**<br>Date:   September 11, 2025<br>Time:   9:30 a.m.<br>Courtroom:  302<br><br>**NEW DATE:**<br>Date:   January 22, 2026<br>Time:   10:00 a.m.<br>Courtroom:  302 |

///

///

///

-1-

The hearing regarding the **Continued Status Conference re: Complaint to Determine Dischargeability of Debt** is **hereby rescheduled** from **September 11, 2025 at 9:30 a.m.** to **January 22, 2026 at 10:00 a.m.**, before the Honorable Scott H. Yun, in Courtroom 302 of the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501.

IT IS SO ORDERED.

###

Date: July 24, 2025

Scott H. Yun
United States Bankruptcy Judge